UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 16464
  NAKIA OMARI CURRY
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
  SSN XXX-XX-6718

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 04/27/2004 and was confirmed 09/15/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 12/13/2007.
-----------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL | CURRENT MORTG | 23466.33 | .00 | 23466.33 |
| SHAPIRO & KREISMAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | MORTGAGE ARRE | 11663.54 | .00 | 11663.54 |
| BUDS AMBULANCE SERVICE | UNSECURED | 760.00 | .00 | 76.00 |
| INGALLS MEMORIAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST EMERGENCY ASSOCI | NOTICE ONLY | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 355.63 | .00 | 35.56 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGY IMAGING CONSUL | UNSECURED | NOT FILED | .00 | .00 |
| CFC FINANCIAL CORPORATIO | UNSECURED | 965.49 | .00 | 96.55 |
| CFC FINANCIAL LLC | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHILDRENS PLACE | UNSECURED | NOT FILED | .00 | .00 |
| WM B EVANS MD | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | COST OF COLLE | 350.00 | .00 | 350.00 |
| VERIZON NORTH | UNSECURED | 590.96 | .00 | 59.10 |
| WASHINGTON MUTUAL | COST OF COLLE | 150.00 | .00 | 150.00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 2,240.27 |
| DEBTOR REFUND | REFUND | | | 645.55 |

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 41,482.90 | |
| PRIORITY | | .00 |
| SECURED | | 35,629.87 |
| UNSECURED | | 267.21 |
| ADMINISTRATIVE | | 2,700.00 |
| TRUSTEE COMPENSATION | | 2,240.27 |
| DEBTOR REFUND | | 645.55 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 16464 NAKIA OMARI CURRY

```
                     ---------------      ---------------
TOTALS                   41,482.90            41,482.90
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 03/27/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE